# MEMO ENDORSED

## WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

May 15, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

  RE: *Tepper v. Santander Bank, N.A.*, No. 7:20-cv-00501-KMK

Dear Judge Karas,

As the Court instructed at yesterday's pre-motion conference, we write to propose the following briefing schedule for Santander Bank, N.A.'s motion to dismiss:

- June 12, 2020: Santander to file motion to dismiss;
- July 15, 2020: Plaintiffs to file opposition;
- August 5, 2020: Santander to file reply.

As discussed during the conference, Plaintiffs consent to this schedule. We are of course available to discuss this or any other matter at the Court's convenience.

Respectfully submitted,

/s/ Alan Schoenfeld
Alan Schoenfeld

So Ordered.

*[signature]*
5/15/20

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing Berlin Boston Brussels Denver Frankfurt London Los Angeles New York Palo Alto San Francisco Washington