# WILMERHALE

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

November 18, 2020

**BY ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: *Tepper v. Santander Bank, N.A.*, No. 7:20-cv-00501-KMK (S.D.N.Y.)

Dear Judge Karas:

This firm represents Santander Bank, N.A. in the above-referenced action.

On behalf of all parties, I write to advise the Court that the parties are engaging in discussions concerning potential settlement. As a result, the parties jointly request that the Court stay this action for a period of 60 days. If the Court is amenable to that request, we will inform the Court and, if necessary, seek a further stay pending conclusion of those efforts.

Granted. The Parties are to provide a status report by January 19, 2021.

So Ordered.
11/18/20

Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc:    All parties (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington