UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL TEPPER and REBECCA RUFO-TEPPER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SANTANDER BANK, N.A., and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 7:20-cv-00501-KMK |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

　　Plaintiffs Daniel Tepper and Rebecca Rufo-Tepper ("Plaintiffs"), hereby provide notice that on November 14, 2022, at 10:00 am, they will move before this Court for an Order finally certifying the Settlement Class and approving the proposed class action settlement (the "[Proposed] Final Approval Order and Judgment," attached as Exhibit A).

　　In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law; the accompanying Declaration of Michael Liskow in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Motion for Fee and Expense Award to Class Counsel and Service Awards to Class Representatives; the Joint Declaration of Plaintiffs in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Fee and Expense Award to Class Counsel and Service Awards to Class Representatives; the Declaration of Jason P. Sultzer in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses to Class Counsel and Service Award to Class Representatives; the Declaration of C.

Mario Jaramillo in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses to Class Counsel and Service Award to Class Representatives; the Declaration of Omar Silva re: Completion of Notice Program; the Declaration of Angie P. Cunico Regarding Mailing of Class Action Settlement Notices to Current Mortgage Customers; the supporting exhibits to the foregoing declarations; all the pleadings and documents on file in this action; and such other matters as may be presented at or before the hearing.

Dated:  October 10, 2022

Respectfully Submitted,

*/s/ Michael Liskow*
Janine L. Pollack
Michael Liskow
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1761
Fax: (332) 206-2073
jpollack@calcaterrapollack.com
mliskow@calcaterrapollack.com

*Counsel for Plaintiffs and Proposed Settlement Class Counsel*