UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL TEPPER and REBECCA RUFO-TEPPER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>SANTANDER BANK, N.A., and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 7:20-cv-00501-KMK |

**[PROPOSED] ORDER EXTENDING SETTLEMENT DEADLINES**

Upon consideration of the parties' Joint Stipulation to Extend Settlement Deadlines, and for good cause shown, it is hereby ORDERED that the deadline for distribution of the Participating Settlement Class Member Awards pursuant to this Court's Final Approval Order (ECF No. 76) and the parties' Settlement Agreement and Release dated July 6, 2021 (ECF No. 47-1) is extended from February 17, 2023, to April 18, 2023. The parties will provide the Court with a status report by March 6, 2023.

IT IS SO ORDERED.

_____
The Honorable Kenneth M. Karas
United States District Court
1/30/23